UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALBERTO JIMENEZ, VOLUNTARY
ADMINISTRATOR FOR THE ESTATE OF
MANUEL M. JIMENEZ-RODOLI,

                Plaintiff,

             -against-

DISTRICT 15 MACHINIST'S UNION,

                Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/13
```

**MEMORANDUM and ORDER**

10 Civ. 8378 (PAE)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By an order dated February 7, 2013, plaintiff Alberto Jiminez, the voluntary administrator for the estate of Manual M. Jiminez-Rodoli, who is proceeding pro se, was directed to submit competent evidence to the Court showing whether any creditors or beneficiaries of the estate, other than the voluntary administrator, exist. In response, the plaintiff submitted a sworn statement, Docket Entry No. 32, indicating that he is not the sole beneficiary of the estate. The administrator of an estate may not proceed pro se when the estate has beneficiaries or creditors other than the administrator. See Guest v. Hansen, 603 F.3d 15, 17 (2d Cir. 2010); Pridgen v. Andresen, 113 F.3d 391, 393 (2d Cir. 1997).

      Therefore, the plaintiff must obtain an attorney to represent him in this action and, on or before April 23, 2013, that attorney must file a notice of appearance with the Clerk of Court. Should the plaintiff fail to obtain counsel to represent him in this action timely, it may result in the dismissal of the action.

Dated: New York, New York
         March 21, 2013

SO ORDERED:

_/s/ Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

Alberto Jimenez